UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 3 1 2010
GREGORY C. LANGHAM
CLERK

Jonathan Lee Riches a/k/a
Bernard Madoff d/b/a
Faisal Shahzad,
Plaintiff

CASE NO '10-CV-02120

v.

General Stanley McChrystal; AmB. Richard HolBrooke; Adm. Mike Mullen d/b/a Joint Chiefs of Staff; General David McKiernan; Sherlock Holmes; NSA James Jones; General Ashfaq Kayani; David Axelrod; AmB. Ryan Crocker; General David Petraeus; White House Press Secretary Robert Gibbs
Defendants

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 20 2010
GREGORY C. LANGHAM
CLERK

Under the False Claims Act
Under the Trading with Enemy Act
28 USC 1331

Comes now, Jonathan Lee Riches a/k/a Bernard Madoff d/b/a Faisal Shahzad under 28 USC 1331, and the False claims Act, The offenses took place at NORAD in Colorado. Gen. Stanley McChrystal defamed my character and ruined and slandered my name by giving interviews in Playgirl Magazine saying he was in a sexual relationship with me in the Navy, don't ask don't tell. I taught McChrystal and Tom Cruise to fight F-14 pilots, UFO's, and space bulls. Im the founding father of a U.S. Anti-UFO defense shield which will stop the war of the worlds and protect me from orsen wells and AmB. HolBrooke sent Darth vader and the Dark Site after me. Adm Mullen is Dr. Evil and he plans to IED me and my identity. AmB Ryan Crocker Molested me at Ft. Bragg with Betty Crocker and WH Press

Secretary Robert Gibbs reports to the world I'm in good health in the Bureau of Prisons which is false. The Defendants gave my secret location to the Taliban leader mullah omar who poked my Eye and Ralphie used a red Rider BB gun to shoot my other eye out. I was a 5 star General in the Fiji Army and Michelin rated my Lawsuits 5 stars and McChrystal secretly blew up the USS cole and the Drummer Boy blew out my ear Drums at Ft. Drum. David Petraeus stole my identity to get a Penis enlargement. David Axelrod is grooming Barack obamas Pubic hair in Public. Red dawn is Landing in my cell and wolverines Sliced my face with Hugh Jackman. In Basic training I did 400 pushups in 60 minutes. I Bench pressed Robert E. Lee at Gettysburg. The Defendants gave the secret cordinates to Pat Tillmans location. See Riches v. Tillman. I'm still waiting for Saving Private Ryan to rescue me behind enemy Lines with owen wilson my cell mate. The Defendants put Bazooka Bubble gum on my Bicycle Seat. I was a Navy Seal, Army ranger, CIA Agent, General, Suicide bomber all rolled into one Package. Uncle Sam is my uncle. I seek a restraining order.

respectfully

8-17-10

Jonathan Lee Riches
#40948018
Federal medical center
P.O. Box 14500
Lexington, KY 40512
859-255-6812